IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN J. MUNIC, :
:
    Plaintiff :
:
v. : CIVIL NO. 4:CV-13-2245
:
WARDEN DAVID LANGAN, ET AL., : (Judge Brann)
:
    Defendants :

## **ORDER**

September 18, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants Lackawanna County, O'Brien, Gerouolo, Sopinski, Johnson and McMillan's motion to dismiss is construed as seeking entry of partial dismissal.

2. The Moving Defendants' motion for partial dismissal (Doc. 76) is **GRANTED**.

3. Dismissal will be granted in favor of the Defendants with respect to: (1) the RLUIPA claims against the individual Defendants in their individual capacities; (2) all ADA allegations; (3) the contentions of verbal threats and harassment; (4) all claims against Defendants Lackawanna County, Commonwealth of Pennsylvania, Ex-Commissioner O'Brien and Judge Geruolo; and (5) the allegations against Warden McMillan which are premised upon either his supervisory capacity, his handling of Plaintiff's grievances, or the failure to protect claim.

4. Dismissal will be **GRANTED** in favor of Defendants Commonwealth of Pennsylvania, Lackawanna County; Judge Vito Geroulo and ex-Commissioner Corey O'Brien.

5. The following claims will proceed: (1) the RLUIPA claims against Defendants McMillan and Johnson in their official capacities and the First Amendment religious interference claims for monetary relief against Defendants McMillan and Johnson; (2) the failure to protect claim against Defendant Sopinski; and (3) the allegations that CO Johnson denied

Plaintiff adequate clothing and access to drug and alcohol treatment.

BY THE COURT:


  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge