IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN J. MUNIC, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-13-2245 |
| | : | |
| WARDEN DAVID LANGAN, ET AL., | : | (Judge Brann) |
| | : | |
| Defendants | : | |

## **ORDER**

October 4, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. This action is **DISMISSED** for failure of the deceased Plaintiff's representatives/successors to prosecute.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

                                        BY THE COURT:

                                        s/   Matthew W. Brann
                                        Matthew W. Brann
                                        United States District Judge